JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIENNETTE JACKSON and WADE DAVENPORT individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. CV12-1281 DMG (RZx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) [37]** |

In accordance with the parties' stipulation, AND FOR GOOD CAUSE APPEARING, it is hereby ORDERED that the above-captioned action shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice.  Each side will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  February 15, 2013

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE